ELLEN F. ROSENBLUM
Attorney General
CRAIG M. JOHNSON  #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Craig.M.Johnson@doj.state.or.us
           michelle.enfield@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>CHRISTINE KOTEK, in her official capacity as GOVENOR of the STATE of OREGON; ELLEN ROSENBLUM, in her official capacity as ATTORNEY GENERAL for the STATE of OREGON; DAVE BADEN, in his official capacity as Interim DIRECTOR for the OREGON HEALTH AUTHORITY; ALISON BORT, in her official capacity as EXECUTIVE DIRECTOR, of the OREGON PSYCHIATRIC SECURITY REVIEW BOARD; DOLORES MATTEUCCI, in her official capacity as SUPERINTENDENT of OREGON STATE HOSPITAL; STEVE GUNNELS, in his official capacity as the DISTRICT ATTORNEY for DESCHUTES COUNTY, OREGON,<br><br>          Defendants. | Case No.  6:23-cv-01497-AA<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER |

Page 1 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER
CMJ/j3b/932081047

**LR 7-1 CERTIFICATE**

Pursuant to Local Rule 7-1, the parties certify that they conferred in good faith on the relief sought in this motion. Counsel for Plaintiff states that he does not object to the requested relief.

**MOTION TO EXTEND DEADLINE TO ANSWER**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), Defendant respectfully moves to extend the deadline to answer the Complaint by sixty (60) days. The current deadline is November 16, 2023. The proposed new deadline is January 15, 2024.

**MEMORANDUM**

FRCP 6(b) allows for extensions of time for good cause. Counsel for Defendants is in the process of contacting the named defendants and investigating the claims set forth in the Complaint. Counsel for Defendants anticipates that an additional 60 days will be sufficient time to secure representation, meet with Defendants, and formulate a response to the Complaint.

**CONCLUSION**

For these reasons, Defendants respectfully request that this Court extend the deadline to answer by 60 days to January 15, 2024.

DATED November 9, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


_s/ Craig M. Johnson_
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Craig.M.Johnson@doj.state.or.us
michelle.enfield@doj.state.or.us
Of Attorneys for Defendants


Page 2 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER
CMJ/j3b/932081047