ELLEN F. ROSENBLUM
Attorney General
CRAIG M. JOHNSON  #080902
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN, <br><br>       Plaintiff, <br><br>    v. <br><br> CHRISTINE KOTEK, in her official capacity as GOVENOR of the STATE of OREGON; ELLEN ROSENBLUM, in her official capacity as ATTORNEY GENERAL for the STATE of OREGON; DAVE BADEN, in his official capacity as Interim DIRECTOR for the OREGON HEALTH AUTHORITY; ALISON BORT, in her official capacity as EXECUTIVE DIRECTOR, of the OREGON PSYCHIATRIC SECURITY REVIEW BOARD; DOLORES MATTEUCCI, in her official capacity as SUPERINTENDENT of OREGON STATE HOSPITAL; STEVE GUNNELS, in his official capacity as the DISTRICT ATTORNEY for DESCHUTES COUNTY, OREGON, <br><br>       Defendants. | Case No.  6:23-cv-01497-AA <br><br> DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER |

Page 1 -   DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION
           FOR EXTENSION OF TIME TO ANSWER
           CMJ/j3b/932184060

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

I, Craig M. Johnson, hereby declare:

1. I am an attorney licensed to practice law in the State of Oregon and I am a Sr. Assistant Attorney General for the State of Oregon. I represent the state Defendants in this matter.

2. I make this declaration based on my personal knowledge and/or in reliance on records kept in the ordinary course of business.

3. On November 9, 2023, I spoke with counsel for Plaintiff by telephone and conferred on the Motion for Extension of Time. Counsel for Plaintiff stated that he did not object to my motion.

4. Counsel for Defendants is in the process of contacting the named defendants and investigating the claims set forth in the Complaint. I anticipate that an additional 60 days will be sufficient time to secure representation, meet with Defendants and formulate a response to the Complaint.

5. This motion is made in good faith and not for the purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on November  9, 2023.

                                  *s/ Craig M. Johnson*
                                  CRAIG M. JOHNSON
                                  Senior Assistant Attorney General

Page 2 -   DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO ANSWER
CMJ/j3b/932184060

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791