FILED 27 NOV '23 14:49 USDC-ORP

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 6:23-CV-01497-AA

Plaintiff:
**Preston Berman,**

vs.

Defendant:
**Christine Kotek, et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Dolores Matteucci, in her representative capacity only as Superintendent of the Oregon State Hospital c/o Oregon Attorney General, 1162 Court St NE, Salem, OR 97301**.

I, Mitchell Garcia, being duly sworn, depose and say that on the **26th day of October, 2023** at **2:18 pm**, I:

**OFFICE SERVED** the **Summons; Complaint; Civil Case Assignment Order** by leaving a true copy during normal working hours at the office maintained for the conduct of business with **Cheryl Spaniol, Clerk on Duty** who was the person apparently in charge of the office at that time.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 1 day of November, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
LEAH WORRELL
NOTARY PUBLIC - OREGON
COMMISSION NO. 1007008
MY COMMISSION EXPIRES DECEMBER 13, 2024

**Mitchell Garcia**
Process Server
11/1/23
Date

RUSH PROCESS SERVICE, INC.
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2023010168

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k