ELLEN F. ROSENBLUM
Attorney General
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Craig.M.Johnson@doj.state.or.us
            michelle.enfield@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>CHRISTINE KOTEK, in her official capacity as GOVENOR of the STATE of OREGON; ELLEN ROSENBLUM, in her official capacity as ATTORNEY GENERAL for the STATE of OREGON; DAVE BADEN, in his official capacity as Interim DIRECTOR for the OREGON HEALTH AUTHORITY; ALISON BORT, in her official capacity as EXECUTIVE DIRECTOR, of the OREGON PSYCHIATRIC SECURITY REVIEW BOARD; DOLORES MATTEUCCI, in her official capacity as SUPERINTENDENT of OREGON STATE HOSPITAL; STEVE GUNNELS, in his official capacity as the DISTRICT ATTORNEY for DESCHUTES COUNTY, OREGON,<br><br>       Defendants. | Case No.  6:23-cv-01497-AA<br><br>REQUEST FOR JUDICIAL NOTICE |

Page 1 -   REQUEST FOR JUDICIAL NOTICE
           CMJ/j3b/946702900

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Pursuant to Fed. R. Evid. 201, Christine Kotek, in her capacity as Governor of Oregon, Ellen Rosenblum, in her capacity as Attorney General, Dave Baden, in his capacity as Interim Director for the Oregon Health Authority ("OHA"), Alison Bort, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board ("PSRB"), Dolores Matteucci, in her capacity as Superintendent of the Oregon State Hospital ("OSH"), and Steve Gunnels, in his capacity of the District Attorney for Deschutes County, Oregon (collectively the "State Defendants") respectfully request that this Court take judicial notice of Exhibit 1 to the Declaration of Craig Johnson.

DATED January 16, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Craig M. Johnson*
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Craig.M.Johnson@doj.state.or.us
michelle.enfield@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   REQUEST FOR JUDICIAL NOTICE
          CMJ/j3b/946702900

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January 16, 2024, I served the foregoing REQUEST FOR JUDICIAL NOTICE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Robert R. Parker<br>111 SW 5th Avenue, Suite 3150<br>Portland, OR 97204<br>*Attorney for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |

                         *s/ Craig M. Johnson*
                         CRAIG M. JOHNSON #080902
                         MICHELLE ENFIELD #152293
                         Senior Assistant Attorney General
                         Trial Attorneys
                         Tel (503) 947-4700
                         Fax (503) 947-4791
                         Craig.M.Johnson@doj.state.or.us
                         michelle.enfield@doj.state.or.us
                         Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
           CMJ/j3b/929107659

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791