ELLEN F. ROSENBLUM
Attorney General
CRAIG M. JOHNSON  #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Craig.M.Johnson@doj.state.or.us
            michelle.enfield@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>CHRISTINE KOTEK, in her official capacity as GOVENOR of the STATE of OREGON; ELLEN ROSENBLUM, in her official capacity as ATTORNEY GENERAL for the STATE of OREGON; DAVE BADEN, in his official capacity as Interim DIRECTOR for the OREGON HEALTH AUTHORITY; ALISON BORT, in her official capacity as EXECUTIVE DIRECTOR, of the OREGON PSYCHIATRIC SECURITY REVIEW BOARD; DOLORES MATTEUCCI, in her official capacity as SUPERINTENDENT of OREGON STATE HOSPITAL; STEVE GUNNELS, in his official capacity as the DISTRICT ATTORNEY for DESCHUTES COUNTY, OREGON,<br><br>      Defendants. | Case No.  6:23-cv-01497-AA<br><br>DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE |

Page 1 -  DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF REQUEST FOR
          JUDICIAL NOTICE
          CMJ/j3b/946703133

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

I, Craig M. Johnson, hereby declare:

1.    I am an attorney licensed to practice law in the State of Oregon and am a Senior Assistant Attorney General for the State of Oregon.  I am assigned to represent the defendants in the above-captioned case.

2.    I make this declaration based on my personal knowledge and/or in reliance on records kept in the ordinary course of business.

3.    Exhibit 1 to this declaration is a true and correct copy of the Register of Actions in State of Oregon v. Preston Jacob Berman (Plaintiff in this matter), Case No. 10FE0206SF.

4.    This register of actions was obtained from the Oregon eCourt Case Information system which contains case information (Register of Actions) for all Oregon circuit courts and the Oregon Tax Court and is the official ORS 7.020 register for these courts.


DATED January  16, 2024.

                                        Respectfully submitted,

                                        ELLEN F. ROSENBLUM
                                        Attorney General


                                        ___s/ Craig M. Johnson_____
                                        CRAIG M. JOHNSON #080902
                                        Senior Assistant Attorney General
                                        Trial Attorney
                                        Tel (503) 947-4700
                                        Fax (503) 947-4791
                                        Craig.M.Johnson@doj.state.or.us
                                        Of Attorneys for Defendants


Page 2 -    DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE
            CMJ/j3b/946703133

1/16/24, 1:35 PM
publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.aspx?CaseID=22975141

Skip to Main Content Logout My Account Search Menu Search Criminal, Traffic and Parking Case Records Refine Search  Back
Location : All Locations    Images Help

# REGISTER OF ACTIONS
## CASE NO. 10FE0206SF

| | | |
|---|---|---|
| **State of Oregon VS. PRESTON JACOB BERMAN** | § § § § § | Case Type: **Offense Felony**<br>Date Filed: **02/19/2010**<br>Location: **Deschutes** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Defendant** | **BERMAN, PRESTON JACOB**<br><br>OR ST HOSP BUSINESS OFFICE,TRUST DEPT<br>2600 CENTER ST NE<br>SALEM , OR 97301<br>SID: OR18345018 | DOB: 1989 |

**Attorneys**
**REID K KAJIKAWA**
*Court Appointed*
541 484-2611 x122(W)

~~Deschutes Defenders~~
~~*Court Appointed*~~
~~541-389-7723(W)~~

~~JOEL A WIRTZ~~
~~*Court Appointed*~~
~~541 389-7723(W)~~

| **Plaintiff** | State of Oregon | **State of Oregon** |
|---|---|---|

---

### CHARGE INFORMATION

| Charges: BERMAN, PRESTON JACOB | Statute | Level | Date |
|---|---|---|---|
| 1. Arson in the First Degree | 164.325 | Felony Class A | 02/15/2010 |
| 2. Arson in the First Degree | 164.325 | Felony Class A | 02/15/2010 |
| 3. Burglary 2 | 164215 | Felony Class C | 02/15/2010 |
| 4. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 5. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 6. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 7. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 8. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 9. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 10. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 11. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 12. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 13. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 14. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 15. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 16. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 17. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 18. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 19. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 20. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |
| 21. Reckless Burning | 164.335 | Misdemeanor Class A | 02/15/2010 |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| | **DISPOSITIONS** |
| 10/27/2010 | **Plea** (Judicial Officer: Unassigned, Judge)<br>    1. Arson in the First Degree<br>        Not Guilty<br>    10. Reckless Burning<br>        Not Guilty<br>    11. Reckless Burning<br>        Not Guilty<br>    12. Reckless Burning<br>        Not Guilty |

13. Reckless Burning
    Not Guilty
14. Reckless Burning
    Not Guilty
15. Reckless Burning
    Not Guilty
16. Reckless Burning
    Not Guilty
17. Reckless Burning
    Not Guilty
18. Reckless Burning
    Not Guilty
19. Reckless Burning
    Not Guilty
2. Arson in the First Degree
    Not Guilty
20. Reckless Burning
    Not Guilty
21. Reckless Burning
    Not Guilty
3. Burglary 2
    Not Guilty
4. Reckless Burning
    Not Guilty
5. Reckless Burning
    Not Guilty
6. Reckless Burning
    Not Guilty
7. Reckless Burning
    Not Guilty
8. Reckless Burning
    Not Guilty
9. Reckless Burning
    Not Guilty
Created: 10/29/2010 12:00 AM

12/08/2010 **Disposition** (Judicial Officer: Unassigned, Judge)
10. Reckless Burning
    Finding - Guilty Except For Insanity
11. Reckless Burning
    Finding - Guilty Except For Insanity
12. Reckless Burning
    Finding - Guilty Except For Insanity
13. Reckless Burning
    Finding - Guilty Except For Insanity
14. Reckless Burning
    Finding - Guilty Except For Insanity
15. Reckless Burning
    Finding - Guilty Except For Insanity
16. Reckless Burning
    Finding - Guilty Except For Insanity
17. Reckless Burning
    Finding - Guilty Except For Insanity
18. Reckless Burning
    Finding - Guilty Except For Insanity
19. Reckless Burning
    Finding - Guilty Except For Insanity
2. Arson in the First Degree
    Finding - Guilty Except For Insanity
20. Reckless Burning
    Finding - Guilty Except For Insanity
21. Reckless Burning
    Finding - Guilty Except For Insanity
3. Burglary 2
    Finding - Guilty Except For Insanity
4. Reckless Burning
    Finding - Guilty Except For Insanity
5. Reckless Burning
    Finding - Guilty Except For Insanity
6. Reckless Burning
    Finding - Guilty Except For Insanity
7. Reckless Burning
    Finding - Guilty Except For Insanity
8. Reckless Burning
    Finding - Guilty Except For Insanity
9. Reckless Burning
    Finding - Guilty Except For Insanity
Created: 12/10/2010 12:00 AM

12/08/2010 **Judgment** (Judicial Officer: Balmer, Thomas A)
2. Arson in the First Degree
    Converted Disposition:
        Placed under jurisidiction of Psychiatric Security Review Board for care, custody & treatment not to exceed 20 years;
        committed to custody of state mental hospital designated by Office of Mental Health & Addiction Services

|  |  |
|---|---|
|  | Converted Disposition:<br>    Psychiatric Review Board - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>11. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>12. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>13. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>14. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>15. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>16. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>17. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>18. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>19. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>20. Reckless Burning<br>    Converted Disposition:<br>      With ct 2<br>    Converted Disposition:<br>      Merged/Concurrent - :<br>Created: 12/08/2010 12:00 AM |
| 12/08/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A)<br>3. Burglary 2 |

Exhibit 1, Page 3 of 9

|  | Converted Disposition: |
|--|--|
|  | With ct 2 |
|  | Converted Disposition: |
|  | Merged/Concurrent - : |
|  | Created: 12/08/2010 12:00 AM |

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    21. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    4. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    5. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    6. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    7. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    8. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    9. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/08/2010    **Judgment** (Judicial Officer: Balmer, Thomas A)
    10. Reckless Burning
        Converted Disposition:
          With ct 2
        Converted Disposition:
          Merged/Concurrent - :
    Created: 12/08/2010 12:00 AM

12/09/2010    **Disposition** (Judicial Officer: Balmer, Thomas A)
    1. Arson in the First Degree
        Dismissed
    Created: 12/13/2010 12:00 AM


**OTHER EVENTS AND HEARINGS**
02/19/2010    **Arraignment**
    *Comment: On indictment-PD appointed;*
    Created: 02/24/2010 12:00 AM
02/19/2010    **Indictment**
    Created: 02/19/2010 12:00 AM
02/19/2010    **Affidavit - Eligibility - ACP**
    *Court Action: Signed; Court Action Date: 02/19/2010; Defendant: PRESTON JACOB BERMAN*
    Signed:  02/19/2010

Exhibit 1, Page 4 of 9

|  | Created: 02/19/2010 12:00 AM |
| 02/19/2010 | **Order - Appointing Counsel** (Judicial Officer: Haslinger, Barbara )<br>*Comment: waiving acp pmt; Court Action: Signed; Court Action Date: 02/19/2010; Judge: BARBARA HASLINGER; Defendant: PRESTON JACOB*<br>*BERMAN Court Appointed: PD*<br>Signed:  02/19/2010<br>Created: 02/26/2010 12:00 AM |
| 02/19/2010 | **Remove - Inactive Status**<br>Created: 02/24/2010 12:00 AM |
| 02/19/2010 | **Arraignment**  (2:45 PM) ()<br>Created: 02/19/2010 12:00 AM |
| 03/04/2010 | **Motion - Protective Order**<br>*Comment: for Medical Records; District Attorney: DA*<br>Created: 03/04/2010 12:00 AM |
| 03/04/2010 | **Motion - Continuance**<br>*Court Appointed: REID K KAJIKAWA*<br>Created: 03/04/2010 12:00 AM |
| 03/05/2010 | *CANCELED*   **Hearing - Plea**  (1:30 PM) ()<br>*Set-Over Def*<br>*Event Status: Set-Over Def; Event Status Date: 03/04/2010;*<br>Created: 02/23/2010 12:00 AM |
| 03/08/2010 | **Order** (Judicial Officer: Forte, Stephen P )<br>*Court Action: Granted; Court Action Date: 03/08/2010; Judge: STEPHEN P FORTE;*<br>Created: 03/09/2010 12:00 AM |
| 03/09/2010 | **Order** (Judicial Officer: Forte, Stephen P )<br>*Court Action: Granted; Court Action Date: 03/04/2000; Judge: STEPHEN P FORTE;*<br>Created: 03/09/2010 12:00 AM |
| 03/19/2010 | **Appearance**<br>*Comment: Set over;*<br>Created: 03/22/2010 12:00 AM |
| 03/19/2010 | **Hearing - Plea**  (1:30 PM) ()<br>Created: 03/04/2010 12:00 AM |
| 04/02/2010 | **Appearance**<br>*Comment: Set over;*<br>Created: 04/06/2010 12:00 AM |
| 04/02/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;*<br>Created: 03/19/2010 12:00 AM |
| 04/09/2010 | **Appearance**<br>*Comment: Set over-security remains set at $100,000;*<br>Created: 04/13/2010 12:00 AM |
| 04/09/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;*<br>Created: 04/02/2010 12:00 AM |
| 04/20/2010 | **Appearance**<br>*Comment: Set over;*<br>Created: 04/22/2010 12:00 AM |
| 04/20/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;*<br>Created: 04/09/2010 12:00 AM |
| 04/27/2010 | **Appearance**<br>*Comment: set over;*<br>Created: 04/29/2010 12:00 AM |
| 04/27/2010 | **Hearing - Plea**  (1:30 PM) ()<br>Created: 04/20/2010 12:00 AM |
| 05/03/2010 | **Appearance**<br>*Comment: Set over;*<br>Created: 05/06/2010 12:00 AM |
| 05/03/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;*<br>Created: 04/27/2010 12:00 AM |
| 05/14/2010 | **Appearance**<br>*Comment: set over;*<br>Created: 05/19/2010 12:00 AM |
| 05/14/2010 | **Hearing - Plea**  (1:30 PM) ()<br>Created: 05/04/2010 12:00 AM |
| 05/27/2010 | **Appearance**<br>*Comment: Set over-defendant has no problem with current attorney;*<br>Created: 06/01/2010 12:00 AM |
| 05/27/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 days tolled until entry of plea;*<br>Created: 05/17/2010 12:00 AM |
| 06/22/2010 | **Appearance**<br>*Comment: Set over;*<br>Created: 06/23/2010 12:00 AM |
| 06/22/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;*<br>Created: 05/27/2010 12:00 AM |
| 06/29/2010 | **Appearance**<br>*Comment: Set over;*<br>Created: 07/01/2010 12:00 AM |
| 06/29/2010 | **Hearing - Plea**  (1:30 PM) ()<br>*Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;*<br>Created: 06/22/2010 12:00 AM |
| 07/06/2010 | **Appearance** |

| | |
|---|---|
| | *Comment: Set over;* |
| | Created: 07/07/2010 12:00 AM |
| 07/06/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 06/30/2010 12:00 AM |
| 07/09/2010 | **Appearance** |
| | Created: 07/14/2010 12:00 AM |
| 07/09/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 07/06/2010 12:00 AM |
| 07/19/2010 | **Appearance** |
| | *Comment: Set over;* |
| | Created: 07/22/2010 12:00 AM |
| 07/19/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 07/12/2010 12:00 AM |
| 07/26/2010 | **Appearance** |
| | *Comment: set over;* |
| | Created: 07/29/2010 12:00 AM |
| 07/26/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 07/19/2010 12:00 AM |
| 08/10/2010 | **Appearance** |
| | *Comment: set over;* |
| | Created: 08/17/2010 12:00 AM |
| 08/10/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 07/27/2010 12:00 AM |
| 08/13/2010 | **Appearance** |
| | *Comment: set over;* |
| | Created: 08/17/2010 12:00 AM |
| 08/13/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 08/12/2010 12:00 AM |
| 08/18/2010 | **Appearance** |
| | Created: 08/20/2010 12:00 AM |
| 08/18/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: 60 DAYS TOLLED UNTIL ENTRY OF PLEA;* |
| | Created: 08/13/2010 12:00 AM |
| 08/19/2010 | **Motion** |
| | *Comment: FOR EVALUATION AND TRANSPORT; District Attorney: DA* |
| | Created: 08/20/2010 12:00 AM |
| 08/19/2010 | **Notice** |
| | *Comment: INTENT TO HAVE DEFENDANT EXAMINED BY PSYCHIATRIST; District Attorney: DA* |
| | Created: 08/20/2010 12:00 AM |
| 08/23/2010 | **Order - Transport Prisoner** (Judicial Officer: Forte, Stephen P ) |
| | *Comment: For no more than 30 days; Court Action: Signed; Court Action Date: 08/23/2010; Judge: STEPHEN P FORTE;* |
| | Signed: 08/23/2010 |
| | Created: 08/24/2010 12:00 AM |
| 09/20/2010 | **Appearance** |
| | *Comment: Defendant has not been transp. to OSH yet;* |
| | Created: 09/22/2010 12:00 AM |
| 09/20/2010 | **Hearing - Plea** (1:30 PM) () |
| | Created: 08/19/2010 12:00 AM |
| 10/11/2010 | **Appearance** |
| | *Comment: Set over;* |
| | Created: 10/18/2010 12:00 AM |
| 10/11/2010 | **Appearance**  (1:30 PM) () |
| | *Comment: STATUS OF MENTAL EVAL;* |
| | Created: 09/20/2010 12:00 AM |
| 10/21/2010 | **Appearance** |
| | *Comment: Set over-Court OK's release of report to State & defense;* |
| | Created: 10/25/2010 12:00 AM |
| 10/21/2010 | **Hearing - Plea** (1:30 PM) () |
| | *Comment: & STATUS OF MENTAL EVALUATION;* |
| | Created: 10/11/2010 12:00 AM |
| 10/27/2010 | **Appearance** |
| | Created: 10/29/2010 12:00 AM |
| 10/27/2010 | **Plea - Not Guilty** |
| | Created: 10/29/2010 12:00 AM |
| 10/27/2010 | **Hearing - Plea** (1:30 PM) () |
| | Created: 10/21/2010 12:00 AM |
| 10/29/2010 | **Waiver - Jury Trial** |
| | *Defendant: PRESTON JACOB BERMAN Court Appointed: REID K KAJIKAWA* |
| | Created: 10/29/2010 12:00 AM |
| 10/29/2010 | **Notice** |
| | *Comment: Of intent to rely on evidence of mental disease or defect; Court Appointed: REID K KAJIKAWA* |
| | Created: 10/29/2010 12:00 AM |
| 11/24/2010 | **Agreement - Security Release** |
| | *Court Action: Signed; Court Action Date: 11/23/2010; Defendant: PRESTON JACOB BERMAN* |
| | Signed: 11/23/2010 |
| | Created: 11/24/2010 12:00 AM |
| 12/02/2010 | **Notice** |
| | *Comment: to persons posting bail; Defendant: PRESTON JACOB BERMAN* |

Exhibit 1, Page 6 of 9

|            |                                                                                                          |
|------------|----------------------------------------------------------------------------------------------------------|
|            | Created: 12/02/2010 12:00 AM                                                                              |
| 12/06/2010 | **Appearance**  (1:15 PM) ()                                                                              |
|            | *Comment: STS FOR 12.9.10 1-DAY TLCT;*                                                                    |
|            | Created: 12/03/2010 12:00 AM                                                                              |
| 12/07/2010 | **Memorandum**                                                                                            |
|            | *Comment: JUSTICE BALMER - COURTROOM D TRIAL TO THE COURT; Room: H ; Time: 2:00PM;*                        |
|            | Created: 12/07/2010 12:00 AM                                                                              |
| 12/08/2010 | **Finding - Guilty Insane**                                                                               |
|            | Created: 12/10/2010 12:00 AM                                                                              |
| 12/08/2010 | **Report - Felony Sentencing Guidelines**                                                                 |
|            | Created: 02/23/2011 12:00 AM                                                                              |
| 12/08/2010 | **Trial - Court**  (2:00 PM) ()                                                                           |
|            | *Comment: w/Justice Balmer; Est length of time: 2 Hour(s)*                                                |
|            | Created: 12/07/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment - Dismissal Criminal** (Judicial Officer: Balmer, Thomas A )                                   |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |
|            | Signed:  12/08/2010                                                                                       |
|            | Created: 12/13/2010 12:00 AM                                                                              |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A )                                                        |
|            | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;*                            |

|  |  |
|---|---|
| | Signed: 12/08/2010 |
| | Created: 12/13/2010 12:00 AM |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A ) |
| | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;* |
| | Signed: 12/08/2010 |
| | Created: 12/13/2010 12:00 AM |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A ) |
| | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;* |
| | Signed: 12/08/2010 |
| | Created: 12/13/2010 12:00 AM |
| 12/09/2010 | **Judgment** (Judicial Officer: Balmer, Thomas A ) |
| | *Court Action: Signed; Court Action Date: 12/08/2010; Judge: Thomas A Balmer;* |
| | Signed: 12/08/2010 |
| | Created: 12/13/2010 12:00 AM |
| 12/09/2010 | **Trial - Court** |
| | *Est Length of Time: 2 Hour(s);* |
| | Created: 12/13/2010 12:00 AM |
| 12/09/2010 | *CANCELED*  **Trial - Court**  (9:45 AM) () |
| | *Accelerated* |
| | *Comment: w/Justice Balmer **TRANSPORT from Sageview**; Event Status: Accelerated; Event Status Date: 12/07/2010; Est length of time: 2 Hour(s)* |
| | Created: 10/28/2010 12:00 AM |
| 12/09/2010 | *CANCELED*  **Trial - Court**  (9:45 AM) () |
| | *Accelerated* |
| | *Comment: w/Justice Balmer **TRANSPORT FROM SAGEVIEW**; Event Status: Accelerated; Est length of time: 2 Hour(s)* |
| | Created: 12/07/2010 12:00 AM |
| 12/10/2010 | **Stipulation** |
| | *Comment: Facts for trial; District Attorney: DA Court Appointed: REID K KAJIKAWA* |
| | Created: 12/10/2010 12:00 AM |
| 12/23/2010 | **Disposition - Reported** |
| | *Defendant: PRESTON JACOB BERMAN* |
| | Created: 12/23/2010 12:00 AM |
| 02/28/2011 | **Notice - Appeal** |
| | *Defendant: PRESTON JACOB BERMAN* |
| | Created: 02/28/2011 12:00 AM |
| 03/28/2011 | **Transcript - Proof of Filing** |
| | *Comment: Brenda Hollister;* |
| | Created: 03/29/2011 12:00 AM |
| 07/11/2011 | **Court Notes** |
| | *Comment: 1-File, 0-Vol Transcripts and 1-env. sealed/confidential to COA/UPS, sl;* |
| | Created: 07/11/2011 12:00 AM |
| 07/15/2011 | **Receipt** |
| | *Comment: 1-File, 0-Vol Transcripts, 0-ebs and 1-Sealed/ Confidential envelope rec'd at COA 7.12.11 per Don;* |
| | Created: 07/18/2011 12:00 AM |
| 11/28/2011 | **Notice - Appeal** |
| | *Comment: AMENDED; Defendant: PRESTON JACOB BERMAN* |
| | Created: 11/29/2011 12:00 AM |
| 12/09/2011 | **Closed** |
| | Created: 01/07/2011 12:00 AM |
| 01/09/2012 | **Court Notes** |
| | *Comment: 1-File, 0-Vol Transcripts, 0-ebs & 1-sealed/confidential env. rec'd back from COA, sl;* |
| | Created: 01/12/2012 12:00 AM |
| 01/09/2012 | **Order - Dismiss on Appeal** |
| | *Comment: Appeal dismissed.; Court Action: Signed; Court Action Date: 01/05/2012;* |
| | Signed: 01/05/2012 |
| | Created: 01/12/2012 12:00 AM |
| 01/09/2012 | **Filing Copy - Appellate Judgment** |
| | *Comment: No costs allowed.; Court Action: Signed; Court Action Date: 01/05/2012;* |
| | Signed: 01/05/2012 |
| | Created: 01/12/2012 12:00 AM |
| 06/02/2014 | **Order - Continue** |
| | *Comment: Psychiatric Security Review Board Hearing on 4/30/14 COPY;* |
| | Created: 06/02/2014 12:00 AM |
| 07/07/2014 | **Letter** |
| | *Comment: Psychiatric Security Review Board;* |
| | Created: 07/08/2014 12:00 AM |
| 08/22/2014 | **Court Notes** |
| | *Comment: fb;* |
| | Created: 02/19/2010 12:00 AM |
| 11/30/2015 | **Letter** |
| | *Psychiatric Security Review Board* |
| | Created: 12/01/2015 1:21 PM |
| 12/21/2015 | **Release** |
| | *Conditional Release Order; Psychiatric Security Review Board* |
| | Created: 12/21/2015 4:16 PM |
| 09/06/2016 | **Release** |
| | *Conditional Release Order; Psychiatric Security Review Board* |
| | Created: 09/07/2016 7:47 AM |
| 03/08/2017 | **Letter** |
| | *Psychiatric Security Review Board; to BPF* |
| | Created: 03/08/2017 12:25 PM |
| 04/03/2017 | **Letter** |
| | *PSRB to wrm* |
| | Created: 04/06/2017 9:58 AM |

publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.aspx?CaseID=22975141

| 06/01/2017 | **Letter** |
| | *PRSB to bpf* |
| | Created: 06/01/2017 3:08 PM |
| 06/28/2017 | **Release** |
| | *Modification of Conditional Release w/New Order - PRSB* |
| | Created: 06/28/2017 2:39 PM |

---

**FINANCIAL INFORMATION**

| | | |
|---|---|---:|
| **Defendant** BERMAN, PRESTON JACOB | | |
| Total Financial Assessment | | 1,500.00 |
| Total Payments and Credits | | 1,500.00 |
| **Balance Due as of 01/14/2024** | | **0.00** |
| | | |
| 12/16/2010 | Transaction Assessment | 200.00 |
| 12/16/2010 | Transaction Assessment | 1,300.00 |

Exhibit 1, Page 9 of 9

## CERTIFICATE OF SERVICE

I certify that on January  16, 2024, I served the foregoing DECLARATION OF CRAIG

M. JOHNSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE upon the parties hereto

by the method indicated below, and addressed to the following:

Robert R. Parker                                ___ HAND DELIVERY
111 SW 5th Avenue, Suite 3150                   ___ MAIL DELIVERY
Portland, OR 97204                              ___ OVERNIGHT MAIL
    *Attorney for Plaintiff*                      ___ TELECOPY (FAX)
                                                ___ E-MAIL
                                                 X  E-SERVE


    *s/ Craig M. Johnson*
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Craig.M.Johnson@doj.state.or.us
michelle.enfield@doj.state.or.us
Of Attorneys for Defendants

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791