ELLEN F. ROSENBLUM
Attorney General
CRAIG M. JOHNSON #080902
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTINE KOTEK, in her official capacity as GOVENOR of the STATE of OREGON; ELLEN ROSENBLUM, in her official capacity as ATTORNEY GENERAL for the STATE of OREGON; DAVE BADEN, in his official capacity as Interim DIRECTOR for the OREGON HEALTH AUTHORITY; ALISON BORT, in her official capacity as EXECUTIVE DIRECTOR, of the OREGON PSYCHIATRIC SECURITY REVIEW BOARD; DOLORES MATTEUCCI, in her official capacity as SUPERINTENDENT of OREGON STATE HOSPITAL; STEVE GUNNELS, in his official capacity as the DISTRICT ATTORNEY for DESCHUTES COUNTY, OREGON,<br><br>        Defendants. | Case No. 6:23-cv-01497-AA<br><br>DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES |

Page 1 -   DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES
    CMJ/j3b/950496232

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## LR 7-1 CERTIFICATE

Pursuant to Local Rule 7-1, the parties certify that they conferred in good faith on the relief sought in this motion. Counsel for Plaintiff states that he does not object to the requested relief.

## MOTION TO CANCEL DISCOVERY AND PRETRIAL SCHEDULING ORDER

State Defendants respectfully request that the dates set forth in the Discovery and Pretrial Scheduling Order (Dkt. #2) be canceled pending resolution of Defendants' Motion to Dismiss (Dkt. #14). The current deadlines are as follows: "Discovery is to be completed by 2/9/2024. Joint Alternative Dispute Resolution Report is due by 3/11/2024. Pretrial Order is due by 3/11/2024." (Dkt. #2).

Defendants assert, and Plaintiff agrees, that current deadlines are impractical given the ongoing briefing and unsettled issues related to Defendants' Motion to Dismiss.

## ALTERNATIVE MOTION FOR EXTENSION OF TIME

In the alternative, State Defendants respectfully request that the dates set forth in the Discovery and Pretrial Scheduling Order (Dkt. #2) be extended by 6 months to allow for Defendants' Motion to Dismiss to be decided by the Court and for discovery to begin following resolution of the motion.

Defendants assert, and Plaintiff agrees, that current deadlines are impractical given the ongoing briefing and unsettled issues related to Defendants' Motion to Dismiss and should the deadlines not be canceled, a 6-month extension is a reasonable alternative.

Page 2 -   DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES
CMJ/j3b/950496232

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CONCLUSION

For these reasons, Defendants respectfully request that this Court cancel the dates set forth in the Discovery and Pretrial Scheduling Order (Dkt. #2) or to allow a 6-month extension of time.

DATED February  8, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Craig M. Johnson*
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Craig.M.Johnson@doj.state.or.us
michelle.enfield@doj.state.or.us
Of Attorneys for Defendants

Page 3 -   DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES
CMJ/j3b/950496232

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on February 8, 2024, I served the foregoing DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Robert R. Parker | ___ HAND DELIVERY |
| 111 SW 5th Avenue, Suite 3150 | ___ MAIL DELIVERY |
| Portland, OR 97204 | ___ OVERNIGHT MAIL |
| *Attorney for Plaintiff* | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | _X_ E-SERVE |

       *s/ Craig M. Johnson*
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Craig.M.Johnson@doj.state.or.us
michelle.enfield@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
    CMJ/j3b/929107659

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791