ELLEN F. ROSENBLUM
Attorney General
CRAIG M. JOHNSON #080902
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTINE KOTEK, in her official capacity as GOVENOR of the STATE of OREGON; ELLEN ROSENBLUM, in her official capacity as ATTORNEY GENERAL for the STATE of OREGON; DAVE BADEN, in his official capacity as Interim DIRECTOR for the OREGON HEALTH AUTHORITY; ALISON BORT, in her official capacity as EXECUTIVE DIRECTOR, of the OREGON PSYCHIATRIC SECURITY REVIEW BOARD; DOLORES MATTEUCCI, in her official capacity as SUPERINTENDENT of OREGON STATE HOSPITAL; STEVE GUNNELS, in his official capacity as the DISTRICT ATTORNEY for DESCHUTES COUNTY, OREGON,<br><br>        Defendants. | Case No. 6:23-cv-01497-AA<br><br>DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES |

Page 1 -   DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES
       CMJ/j3b/950496267

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

I, Craig M. Johnson, hereby declare:

1. I am an attorney licensed to practice law in the State of Oregon and I am a Sr. Assistant Attorney General for the State of Oregon. I represent the state Defendants in this matter.

2. I make this declaration based on my personal knowledge and/or in reliance on records kept in the ordinary course of business.

3. On February 8, 2024, I spoke with counsel for Plaintiff by telephone and conferred on the Motion to Cancel Deadlines and Alternative Motion for 6-Month Extension of Time. Counsel for Plaintiff stated that he did not object to my motion.

4. Counsel for the parties are currently in the middle of briefing issues related to Defendants' pending Motion to Dismiss (Dkt. #14).

5. Counsel for the parties believe that current deadlines set forth in this Court's Discovery and Pretrial Scheduling Order are impractical given the pending Motion to Dismiss and the need to resolve the issues set forth therein.

6. This motion is made in good faith and not for the purposes of delay.

DATED February 8, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Craig M. Johnson*
CRAIG M. JOHNSON #080902
MICHELLE ENFIELD #152293
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Craig.M.Johnson@doj.state.or.us
michelle.enfield@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES
CMJ/j3b/950496267

## CERTIFICATE OF SERVICE

      I certify that on February 8, 2024, I served the foregoing DECLARATION OF CRAIG M. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO CANCEL DEADLINES AND ALTERNATIVE MOTION FOR 6-MONTH EXTENSION OF TIME OF DISCOVERY AND PRETRIAL ORDER DEADLINES upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Robert R. Parker<br>111 SW 5th Avenue, Suite 3150<br>Portland, OR 97204<br>    *Attorney for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

                                                    *s/ Craig M. Johnson*
                                       CRAIG M. JOHNSON #080902
                                       MICHELLE ENFIELD #152293
                                       Senior Assistant Attorney General
                                       Trial Attorneys
                                       Tel (503) 947-4700
                                       Fax (503) 947-4791
                                       Craig.M.Johnson@doj.state.or.us
                                       michelle.enfield@doj.state.or.us
                                       Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
            CMJ/j3b/929107659

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791