Robert R. Parker, Jr.
OSB #216437
111 SW Fifth Avenue
Suite 3150
Portland, OR 97204
504-444-3417
robert@robertparkerlawoffices.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| PRESTON BERMAN, ) | Civil Action No.6:23-cv-01497-AA |
| Plaintiff, ) | |
| ) | PLAINTIFF'S NOTICE OF VOLUNTARY |
| vs. ) | DISMISSAL WITHOUT PREJUDICE |
| ) | |
| CHRISTINE KOTEK, in her official ) | FRCP 41(a) |
| capacity as GOVENOR of the STATE of ) | |
| OREGON, ELLEN ROSENBLUM, in her ) | |
| official capacity as ATTORNEY GENERAL) | |
| for the STATE of OREGON, DAVE ) | |
| BADEN, in his official capacity as Interim ) | |
| DIRECTOR for the OREGON HEALTH ) | |
| AUTHORITY, ALISON BORT, in her ) | |
| official capacity as EXECUTIVE ) | |
| DIRECTOR, of the OREGON ) | |
| PSYCHIATRIC SECURITY REVIEW ) | |
| BOARD, DOLORES MATTEUCCI, in her ) | |
| official capacity as SUPERINTENDENT of ) | |
| OREGON STATE HOSPITAL, STEVE ) | |
| GUNNELS, in his official capacity as the ) | |
| DISTRICT ATTORNEY for DESCHUTES ) | |
| COUNTY, OREGON, ) | |
| ) | |
| Defendants. ) | |
| _____ / | |

## NOTICE OF VOLUNTARY DISMISSAL

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE FRCP 41(A) - 1

COMES NOW Plaintiff, by and through her undersigned Counsel and gives his Notice of Voluntary Dismissal, pursuant to FRCP 41, without prejudice, of the above captioned matter with all parties bearing their own costs and expenses.

Dated this 19th day of February 2024.

**Respectfully submitted,**
**LAW OFFICE OF ROBERT R. PARKER, JR., LL. B., LLC**

**/s/ Robert R. Parker, Jr.**
**By: Robert R. Parker, Jr.**
**OSB Number 216437**
**Attorney for Plaintiff**

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE FRCP 41(A) - 2

**CERTIFICATE OF SERVICE**

I, Robert R. Parker, Jr., and hereby certifies that I served a copy of the foregoing Plaintiff's Notice of Voluntary Dismissal w/o Prejudice upon the following person(s) so entitled to same, to wit:

Craig M. Johnson, Esq
Michelle Enfield, Esq.
Oregon Department of Justice
1162 Court Street, NE
Salem, Oregon 97301-4096
Craig.m.johnson@doj.state.or.us
Michelle.enfield@doj.state.or.us

By serving a true copy thereof upon the parties above referenced by electronic email at the email addresses set forth herein above on this the 19st day of February, 2024.

Respectfully submitted,

**/s/ Robert R.Parker,Jr**
Robert R. Parker, Jr.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE FRCP 41(A) - 3