IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN,<br><br>      Plaintiff,<br><br>      v.<br><br>CHRISTINE KOTEK, *et al.*,<br><br>      Defendants. | Civ. No. 6:23-cv-01497-AA<br><br>JUDGMENT |

Pursuant to the Notice of Voluntary Dismissal, this action is DISMISSED without prejudice. All parties shall bear their own costs and expenses.

DATED: 2/20/2024

                                        Melissa Aubin, Clerk

                                        By    /s/ C. Kramer
                                                    Deputy Clerk